UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 06-80013-CR-HURLEY/VITUNAC

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MICHAEL SCOTT BOLLON,

    Defendant
_____/



FILED by ___ D.C.

OCT - 2 2006

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. • W.P.B.

### FINAL ORDER OF FORFEITURE

**THIS MATTER** came before the Court on motion of the United States for entry of a final order of forfeiture. The Court having reviewed the file and the pleadings in this matter and being otherwise fully advised in the premises, makes the following findings:

1. On April 17, 2006, the Court entered a preliminary order of forfeiture pursuant to 21 U.S.C. § 853 based upon the guilty plea and plea agreement to forfeit of defendant Michael Bollon.

2. The preliminary order of forfeiture forfeited the interest of defendant Michael Bollon in the following asset:

    a. A parcel of land located at 9383 150th Court North, Jupiter, Florida, and more particularly described as:

>A parcel of land situate, lying and being in Section 18, Township 41 South, Range 42 East, Palm Beach County, Florida, being the East Half of the Northeast Quarter of the Southwest Quarter of the Southwest Quarter of the Southeast Quarter of said Section 18: subject to a road easement for ingress over the Easterly 30 feet thereof and over the Southerly 30 feet thereof.

3. The third party claim of CitiMortgage, Inc., has been resolved pursuant to a settlement agreement.

4. Publication has been duly made in this matter. The time for filing any petitions has expired.

5. No other petitioners have come forward within the time provided for in 21 U.S.C. §853(n).

Based upon the above findings and the Court being otherwise fully advised in the matter, it is hereby

**ORDERED AND ADJUDGED:**

1. The United States' motion for final order of forfeiture is granted.

2. The following property is hereby forfeited to the United States:

   a. A parcel of land located at 9383 150th Court North, Jupiter, Florida, and more particularly described as:

   >A parcel of land situate, lying and being in Section 18, Township 41 South, Range 42 East, Palm Beach County, Florida, being the East Half of the Northeast Quarter of the Southwest Quarter of the Southwest Quarter of the Southeast Quarter of said Section 18: subject to a road easement for ingress over the Easterly 30 feet thereof and over the

Southerly 30 feet thereof.

3. The Court approves the settlement agreement entered into between the United States and CitiMortgage, Inc.

4. The Court finds that the United States has clear title to the property which has been forfeited to the United States pursuant to the order of forfeiture and may warrant good title to any subsequent purchaser or transferee in accordance with 21 U.S.C. §(853)(n)(7).

5. Default judgment is hereby entered against any and all other persons with any interest, title or claim to the forfeited property and the Court hereby terminates their interest, title or claim therein.

6. The U.S. Marshals Service is directed to dispose of the forfeited property in accordance with law.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this 2nd day of Oct., 2006.

```
                              DANIEL T.K. HURLEY
                              UNITED STATES DISTRICT JUDGE
```

cc: Antonia J. Barnes, AUSA
    Fred Haddad, Esq.
    Trevor G. Hawes, Esq.
    U.S. Marshals Service

U.S. v. MICHAEL SCOTT BOLLON

CASE NO.  06-80013-CR-HURLEY/VITUNAC

SERVICE LIST

Antonia J. Barnes, AUSA
United States Attorney
500 S. Australian Avenue, Suite 400
West Palm Beach, FL  33401-6235
Phone: (561)820-8711
Fax: (561)655-9785

Fred Haddad, Esq.
1 Financial Plaza
Ste. 2612
Fort Lauderdale, FL 33394
Phone: (954) 467-6767
Fax: (954) 467-3599
Counsel for Michael Bollon

Trevor Hawes, Esq.
Hinshaw & Culbertson
50 North Laura Street
Ste. 4100
Jacksonville, FL 32202
Phone: (904) 359-9620
Fax: (904) 359-9640
Counsel for CitiMortgage, Inc.

United States Marshals Service
301 North Miami Avenue
Miami, FL  33128
Phone: (305) 536-5346
Fax: (305) 536-7594